NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**29695**
**12-DEC-2012**
**09:46 AM**

NO. 29695

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ROBERT E. KEOWN, Plaintiff-Appellant, v. TUDOR INSURANCE COMPANY, a New Hampshire Corporation, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 07-1-0192)

ORDER GRANTING TUDOR INSURANCE COMPANY'S
MOTION FOR PUBLICATION OF OPINION
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of "Tudor Insurance Company's Motion for Publication of Opinion" (Motion) filed on September 11, 2012, and no opposition being filed,

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that (1) the Summary Disposition Order of this court filed on August 16, 2012 is withdrawn and vacated; and (2) Minute Order No. 12-44, filed on July 20, 2012, is continued in effect. A new opinion will be issued shortly.

DATED: Honolulu, Hawai'i, December 12, 2012.

John H. Price,
Amanda J. Weston, and
James L. Wraith
(Selvin Wraith Halman, LLP),
for Defendant-Appellee on the
motion.

Presiding Judge

Associate Judge

Associate Judge